UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                              )        CHAPTER 13
HARRY WEBSTER SMITH, III                            )
                                                    )        CASE NO. A08-69705-MGD
                                                    )
DEBTOR(S) _____                  )

## DEBTOR'S 11 U.S.C. § 1328 CERTIFICATE

*This Certificate must be completed and filed with the court in order for each debtor to
receive a discharge. In joint cases, a separate Certificate must be completed and signed
by each debtor. This Certificate should be filed after the debtor has completed all
payments (as required by the Plan or as specified by the Court).*

**I declare under penalty of perjury that the information provided in this Certificate
is true and correct.**

☒ 1.   During the time this bankruptcy case has been pending, I have not been required to
       pay a domestic support obligation (such as child support, maintenance or alimony) by
       any order of a court or administrative agency or by any statute.

☐ 2.   During the time this bankruptcy case has been pending, I have paid all domestic
       support obligations (such as child support, maintenance or alimony) as required under
       any order of a court or administrative agency or under any statute.

☐ 3.   During the time this bankruptcy case has been pending, I have not paid all domestic
       support obligations (such as child support, maintenance or alimony) as required by an
       order of a court or administrative agency or by statute.

**If you were obligated to pay a domestic support obligation, please complete the
information below. If not, skip to paragraph B.**

The name and address of each holder of a domestic support obligation are:

Name: _____        My Current Address:

Address: _____       _____

_____        _____

_____        _____

_____        _____

A08-69705-MGD

My Current Employer is:

       Name: _____

       Address: _____

       _____

       _____

B.  Appropriate Box Must Be Checked

☒ 1.  I have **NOT** received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within 4-years prior to filing this case.

☐ 2.  I have received a discharge in a Chapter 7, 11 or 12 bankruptcy case filed within 4-years prior to filing this case.

C.  Appropriate Box Must Be Checked

☒ 1.  I have **NOT** received a discharge in another Chapter 13 bankruptcy case filed within 2-years prior to filing this case.

☐ 2.  I have received a discharge in another Chapter 13 bankruptcy case filed within 2-years prior to filing this case

**By signing this Certificate, I acknowledge that all of the statements contained herein are true and accurate and that the Court may rely on the truth of each of these statements in determining whether to grant me a discharge in this case.  The Court may revoke my discharge if my statements are not accurate.**

Date: _/ 11 / 14___            /s/ _Harry W. Smith_
                                  Debtor

*DEBTOR'S 11 U.S.C. § 1328 CERTIFICATE*